# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVE DRAKEFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:11-cv-03720-KOB |
| | ) |
| ALABAMA CVS PHARMACY, L.L.C., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is before the court on "Plaintiff's Renewed Motion to Quash Subpoenas and for Protective Order" (doc. 23) and this court's Order (doc. 25) staying proceedings in this case until a ruling is entered on Adam Porter's motion to withdraw. However, before the stay was entered, Defendant issued subpoenas to non-parties and the Plaintiff filed a motion to quash those subpoenas as well as a motion for protective order. The court GRANTS the renewed motion to quash and QUASHES the subpoenas identified in that motion without prejudice to the re-issuance of those subpoenas after the stay is lifted. The court DENIES the motion for protective order, noting that it has already entered a Confidentiality/Protective Order (doc. 12), but that ruling is entered without prejudice to the re-filing of a joint request after the stay is lifted if the existing protective order does not provide adequate protection for the identified documents.

DONE and ORDERED this 31st day of July, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE